UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------- X
MIDVALE INDEMNITY COMPANY,

                    Plaintiff,                  JUDGMENT
                                                               22-CV-97 (FB) (RML)

                  -against-

AREVALOS CONSTRUCTION CORP.,
VICTOR SIGUENZA ZUNIGA, 625 HALSEY LLC,
D & G CONSTRUCTION NY INC. and
RM CONSTRUCTION AND DEVELOPMENT CORP.,

                    Defendants.
----------------------------------------------------------- X

       A Memorandum and Order of Honorable Frederic Block, United States District Judge, having been filed on July 5, 2023, adopting the Report and Recommendation of Magistrate Judge Robert M. Levy, dated June 13, 2023, directing the Clerk to enter a judgment granting Midvale's motion for a default judgment against Arevalos and RM and declaring that Midvale has no duty to defend or indemnify any party with respect to the Underlying Action; it is

       ORDERED and ADJUDGED that Midvale's motion for a default judgment against Arevalos and RM is granted; and that Midvale has no duty to defend or indemnify any party with respect to the Underlying Action.

Dated: Brooklyn, NY                                                  Brenna B. Mahoney
        July 10, 2023                                                   Clerk of Court

                                                                              By: _/s/Jalitza Poveda_____
                                                                                    Deputy Clerk