UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---

MIDVALE INDEMNITY COMPANY,

Plaintiff,

vs.

AREVALOS CONSTRUCTION CORP.,
VICTOR SIGUENCZA ZUNIGA,
625 HALSEY LLC, D&G CONSTRUCTION
NY INC., and RM CONSTRUCTION AND
DEVELOPMENT CORP.
Defendants.

---

Case No.: 2:22-cv-00097-FB-RML

**NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO FED. R. CIV. 41(A)(1)(A)(I)**

Pursuant to Fed. R. Civ. 41(a)(1)(A)(i), plaintiff Midvale Indemnity Company ("Midvale") and/or its counsel hereby gives notice that the above–captioned action is voluntarily dismissed, without prejudice, against defendant 625 Halsey LLC.

Dated: New York, NY
April 8, 2024

WADE CLARK MULCAHY LLP

*/s/ Robert J. Cosgrove*

---

By: Robert J. Cosgrove