UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

MIDVALE INDEMNITY COMPANY,

*Plaintiff*,

– against –

AREVALOS CONSTRUCTION CORP.,
VICTOR SIGUENZA ZUNIGA,
625 HALSEY LLC, D & G
CONSTRUCTION NY INC. and RM
CONSTRUCTION AND DEVELOPMENT
CORP.,

*Defendants*.

**ORDER**
22-cv-00097 (NCM) (RML)

**NATASHA C. MERLE**, United States District Judge:

This Court has received the Report and Recommendation ("R&R") dated May 12, 2026, from the Honorable Robert M. Levy, United States Magistrate Judge. No objections have been filed.

The Court reviews "de novo any part of the magistrate judge's disposition that has been properly objected to." Fed. R. Civ. P. 72(b); *see also Park v. Kim*, No. 20-cv-02636, 2022 WL 3643966, at *2 (E.D.N.Y. Aug. 24, 2022), *aff'd*, 91 F.4th 610 (2d Cir. 2024). Where no timely objections have been filed, "the district court need only satisfy itself that there is no clear error on the face of the record." *Finley v. Trans Union, Experian, Equifax*, No. 17-cv-0371, 2017 WL 4838764, at *1 (E.D.N.Y. Oct. 24, 2017) (quoting *Estate of Ellington ex rel. Ellington v. Harbrew Imports Ltd.*, 812 F. Supp. 2d 186, 189 (E.D.N.Y. 2011)).

1

Having reviewed the record, I find no clear error. I therefore adopt the Report and Recommendation, in its entirety, as the opinion of the Court pursuant to 28 U.S.C. § 636(b)(1).

Accordingly, defendant's motion for attorney's fees and costs is granted in the amount of $45,427.76.

**SO ORDERED.**

/s/ Natasha C. Merle
NATASHA C. MERLE
United States District Judge

Dated:        June 22, 2026
              Brooklyn, New York